STATE of Missouri, Respondent,

v.

**Clifton DAVIS, Appellant.**

**No. WD 53844.**

Missouri Court of Appeals,
Western District.

Aug. 12, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 30, 1997.

Application to Transfer Denied
Nov. 25, 1997.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

***ORDER***

PER CURIAM.

Davis appeals his jury conviction of first degree assault, § 565.050, RSMo 1994, alleging insufficient evidence to support a class A felony judgment. Affirmed. Rule 30.25(b).